IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TAWANNA HARRIS**                                                   **PLAINTIFF**

**v.**                            Case No. **4:18-cv-00153-KGB**

**KROGER LIMITED PARTNERSHIP I**
**and JERRY ELERBY**                                          **DEFENDANTS**

## ORDER

Before the Court is a stipulation of dismissal filed by plaintiff Tawanna Harris and defendants Kroger Limited Partnership I and Jerry Elerby (Dkt. No. 40). Counsel for these parties have signed the stipulation (*Id.*, at 2). Accordingly, the stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Court adopts the stipulation of dismissal (Dkt. No. 40). The Court therefore dismisses with prejudice this action and finds that each party shall bear its own fees and costs. The Court denies as moot all remaining pending motions (Dkt. Nos. 17, 25, 31, 32).

It is so ordered this 28th day of August, 2019.

                                                       Kristine G. Baker
                                                       United States District Judge